# UNITED STATES BANKRUPTCY COURT
## NORTHERN District of California

## ELECTRONIC FILING DECLARATION OF DEBTOR(S) - INDIVIDUAL

I (We), the undersigned Debtor(s), hereby declare under penalty of perjury that: (1) I have read and understand the petition, schedules, statements, and, if filing under chapter 13, the plan, being filed electronically; (2) the information provided in the petition, schedules, statements, and, if filing under chapter 13, the plan, being filed electronically, including my full Social Security Number as electronically submitted to the Court, is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Debtor(s) in the electronically filed petition, schedules, statements, and, if filing under chapter 13, the plan, serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the electronically filed petition, schedules, statements, and, if filing under chapter 13, the plan, in such places and provided the executed hard copy of the petition, schedules, statements, and, if filing under chapter 13, the plan, to my attorney; (5) I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney; and (6) I have authorized my attorney to file the electronic version of the petition, schedules, statements, and, if filing under chapter 13, the plan, and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

/S/ Christopher Ratliff

*Signature of Debtor*

Christopher Ratliff

*Printed Name of Debtor*

03/09/2010
Date

03/09/2010
Date

*Signature of Joint Debtor (if applicable)*

*Printed Name of Joint Debtor (if applicable)*

## ELECTRONIC FILING DECLARATION OF ATTORNEY FOR DEBTOR(S) - INDIVIDUAL

I, the undersigned Attorney for the Debtor(s), hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for Debtor(s) in the electronically filed petition, schedules, statements, and, if filing under chapter 13, the plan, serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Debtor(s) signed the Declaration of Debtor(s) and completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the petition, schedules, statements, and, if filing under chapter 13, the plan, for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the electronically filed petition, schedules, statements, and, if filing under chapter 13, the plan, in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Debtor(s) in the locations that are indicated by "/s/," followed by the Debtor's name, on the true and correct hard copy of the petition, schedules, statements, and, if filing under chapter 13, the plan; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s), the Statement of Social Security Number(s) (Form B21), the petition, schedules, statements, and, if filing under chapter 13, the plan, for a period of five years after the closing of the case in which they are filed; (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s), the petition, schedules, statements, and, if filing under chapter 13, the plan, available for review upon request of the Court or other parties; and (6) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

/S/ George Holland Jr., /S/ Henri Norris

Signature of Attorney for Debtor(s)

George Holland, Jr.

*Printed Name of Attorney for Debtor(s)*

03/09/2010
Date

If you are manually filing this *Declaration* form at the intake window to cure the deficiency regarding the attorney's signature, please indicate the case number here: _____

Effective 09/01/04