Joey (Joan) DeLeon, Esq. (SBN 150974)
Robert J. Jackson & Associates, Inc.
4199 Campus Drive, Suite 700
Irvine, California 92612-2698
(949) 854-2244
Attorney for Movant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER RATLIFF | ) Chapter: 13 |
| Debtor(s) | ) Case No.: OAK-10-44301-LT |
| U.S. BANK NATIONAL ASSOCIATION | ) RS No. JDL-202 |
| Movant, | ) EXHIBITS IN SUPPORT OF MOTION FOR |
| vs. | ) RELIEF FROM STAY (UNLAWFUL DETAINER) |
| CHRISTOPHER RATLIFF, Debtor, and MARTHA G. BRONITSKY, Trustee, | ) DATE: MAY 14, 2010 ) TIME: 11:00 AM |
| Respondents. | ) CTRM: 201 ) JUDGE: LESLIE J. TCHAIKOVSKY |

1.  Exhibit "A" – Trustee's Deed Upon Sale

2.  Exhibit "B" – Notice to Vacate & Proof of Service

3.  Exhibit "C" – Complaint for Unlawful Detainer

4.  Exhibit "D" – Judgment

5.  Exhibit "E" - Writ

6.  Exhibit "F" – Docket 10-42585

DATED: April 20, 2010                    ROBERT J. JACKSON & ASSOCIATES, INC.

By:  __/s/  Joey DeLeon_____.
      Joey DeLeon, Esq.

RECORDING REQUESTED BY

And when recorded mail to
AMERICAN HOME MORTGAGE SERVICE
RE: Loan # 0031436611/RATLIFF
4875 BELFORT ROAD
JACKSONVILLE, FL 32256

THIS IS TO CERTIFY THAT THIS IS A FULL,
TRUE AND CORRECT COPY OF THE ORIGINAL
RECORDED IN THE OFFICE OF THE COUNTY
RECORDING FEE:  __**$23.00**__
RECORDED ON:  __**February 16, 2010**__
AS DOCUMENT NO:  __**10-29985**__
BY:  __**s/ Bouachan Phom**__
LSI TITLE COMPANY (CA)

0 80128486 Space above this line for recorder's use _____

## TRUSTEE'S DEED UPON SALE



THE GRANTEE IS THE FORECLOSING BENEFICIARY AND THIS IS A
FIRST DEED OF TRUST.

The undersigned declares under penalty of perjury that the following declaration is true and correct:

1) The Grantee herein was the foreclosing Beneficiary.
2) The amount of the unpaid debt together with costs was - - - - - - - - - - - - - - - - - -  $903,612.23
3) The amount paid by the Grantee at the Trustee's Sale was - - - - - - - - - - - - - - - -  $724,913.56
4) The documentary transfer tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  $.00
5) The city transfer tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  $.00
6) The monument preservation tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  $.00
7) Said property is in **Brentwood**, County of **Contra Costa**

T.D. SERVICE COMPANY

Dated: 02/08/10                    By_____
                                         Keith Hernandez, Trustee's Sale Technician

T.S. No: K376503 CA      Unit Code: K      Loan No: 0031436611/RATLIFF      Investor No: 0004570677
Min No: 100024200014852293
AP #1: 019-590-018
Property Address: 392 WENTWORTH COURT, BRENTWOOD, CA 94513

POWER DEFAULT SERVICES, INC., F/K/A AHMSI DEFAULT SERVICES, INC.
(herein called Trustee)

does hereby GRANT AND CONVEY, without any covenant or warranty, express or implied to

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF MASTR ADJUSTABLE
RATE MORTGAGES TRUST 2007-1
(herein called Grantee), such interest as Trustee has in that certain property described as follows:

LOT 18, AS SHOWN ON THE MAP OF SUBDIVISION 8305, FILED SEPTEMBER 13, 2001, MAP BOOK
434, PAGE 50, CONTRA COSTA COUNTY RECORDS.

This conveyance is made pursuant to the authority vested in said Trustee, as Trustee or as duly appointed Trustee
by the Deed of Trust described as follows:

MAIL TAX STATEMENTS TO ADDRESS SHOWN ABOVE

Exhibit _A_
page_2_

Trustor: CHRISTOPHER M. RATLIFF

Recorded October 20, 2006  as Instr. No. 2006-0337128-00 in Book --- Page --- of Official Records in the office of the Recorder of CONTRA COSTA County; CALIFORNIA , Whereas, the holder of the note secured by said Deed of Trust delivered to Trustee a written Declaration of Default and, pursuant thereto, a Notice of Default was recorded December 16, 2008 as Instr. No. 08-269663 in Book --- Page --- of Official Records in the office of the Recorder of  CONTRA COSTA  County; CALIFORNIA.

Whereas, Trustee complied with all applicable statutory provisions of California Civil Code Sections 2924 et seq. and of the described Deed of Trust including the mailing, publication, personal delivery, and posting of the Notice of Default and Notice of Sale, as respectively appropriate.

Said Notice of Trustee's Sale stated the time and place that Trustee would sell its interest in the described property at public auction. On February 8, 2010, the date set forth in the Notice of Trustee's Sale or the properly postponed sale date, Trustee sold the described property to Grantee, the highest qualified bidder present, for the sum of $724,913.56 **Pro-tanto**.

In Witness Whereof, the undersigned caused its corporate name and seal (if applicable) to be hereunto affixed.

Dated  February 8, 2010

POWER DEFAULT SERVICES, INC., F/K/A AHMSI DEFAULT SERVICES,INC.
By T.D. Service Company, As Agent for the Trustee

BY _____          BY _____
     Michelle Pino, Vice President                          Cheryl L. Mondragon, Assistant Secretary


STATE OF CALIFORNIA            )
COUNTY OF ORANGE               )SS

On 02/08/10 before me, S. LONG, a Notary Public, personally appeared  MICHELLE PINO and CHERYL L. MONDRAGON, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the Laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

S. LONG
COMM. # 1785185
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My comm. expires Jan. 6, 2012
WMD2   WMD2

"This instrument is being recorded as an ACCOMMODATION ONLY, with no representation as to its effect upon title"

Exhibit _____ A _____
page _____ 3 _____

# NOTICE TO VACATE PROPERTY

TO:   CHRISTOPHER M RATLIFF &
      All occupants residing at
      392 WENTWORTH CT
      BRENTWOOD, CA 94513

     NOTICE IS HEREBY GIVEN THAT U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ("U.S. BANK"), or its predecessor in interest, purchased the property located at 392 WENTWORTH CT, BRENTWOOD, CA 94513 (the "Premises") at a foreclosure sale held in accordance with Civil Code § 2924 and pursuant to the power of sale contained in a Deed of Trust recorded on 10/20/2006 as Instrument Number 2006-0337128-00 in the Official Records of CONTRA COSTA County, and that title to the Premises is duly perfected in U.S. BANK.

     NOTICE IS FURTHER GIVEN THAT:

     1. Within **three (3) days** after service on you of this Notice, if you are the Trustor(s) of the Deed of Trust described above, or a successor in interest to said Trustor(s), or any person who is not a bona fide tenant or subtenant; **or,**

     2. Within **ninety (90) days** after service on you of this Notice, in the event you are a bona fide tenant or a subtenant of the Trustor(s) of the Deed of Trust described above, or a bona fide tenant or a subtenant of a successor in interest to said Trustor(s):

     You are required to vacate and surrender possession of the Premises, or the portion in which you reside, to U.S. BANK through KAMRAN CHITGAR, its agent, who can be reached at (408)694-1400 from 9:00 a.m. to 5:00 p.m. on all business days, unless you provide evidence to the undersigned law firm that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the federal "Protecting Tenants at Foreclosure Act of 2009" ("PTFA") or are protected by Section 703 of the PTFA. Please see Page 2 Addendum of this Notice for instructions on how to deliver this evidence.

     If within the applicable period as set forth above, EITHER if you fail to surrender possession OR if you fail to provide evidence that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the PTFA or are protected by Section 703 of the PTFA, U.S. BANK will commence eviction proceedings against you to recover possession of the Premises and for damages caused by your unlawful detention of the Premises.

**PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.**

<u>**(NOTICE HAS A SECOND PAGE)**</u>

Case: 10-44301    Doc# 8-3    Filed: 04/20/10    Entered: 04/20/10 14:50:59    Page 4 of 31

UNLESS CONTACT IS MADE AND ACCEPTABLE EVIDENCE TO SHOW A LEGITIMATE TENANCY IS PRODUCED WITHIN THREE (3) DAYS OF THE SERVICE OF THIS NOTICE, THE EVICTION ACTION WILL BE COMMENCED AGAINST THE ABOVE NAMED FORMER OWNER(S) BASED ON THE THREE (3) DAY PORTION OF THIS NOTICE.

This Notice is given pursuant to the provisions of the PTFA and Code of Civil Procedure §§ 1161, 1161a and 1161b, and if applicable, includes the 60 day Notice required by CCP 1161b within the above 90 day Notice period.

This notice also constitutes a notice of non-renewal of any lease applicable to the Premises.

Dated: February 25, 2010

Robert J. Jackson & Associates, Inc.

DOUG V. PHAM
Attorney for U.S. BANK
AHCA7591

### TENANT INFORMATION

**IF YOU ARE A TENANT of the prior owner, you must provide the following documents:**

- **A copy of your lease**
- **A return phone number and hours to reach you**
- **The receipt for the last six (6) payments made to the landlord for the residence**

**by mail, fax, or in person to:**

**Robert J. Jackson & Associates, Inc.**
**Tenant Occupied Properties Department**
**4199 Campus Drive, Suite 700**
**Irvine, CA 92612**

**Fax: 949.892.1336**

**For any questions, please call 949.854.2244, Ext. 208**

**PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.**

Exhibit _B_
page _5_

Case: 10-44301    Doc# 8-3    Filed: 04/20/10    Entered: 04/20/10 14:50:59    Page 5 of 31

**DISCLAIMER:**
**This Notice is an attempt to collect a debt and any information obtained from you will be used for that purpose.**
If you notify Robert J. Jackson and Associates, Inc. ("RJJ") at 4199 Campus Drive, Suite 700, Irvine, CA 92612, in writing, within thirty days, that you wish to be provided the name and address of the original creditor if different from the current creditor **or** that the debt is disputed, RJJ will obtain the requested information and a copy will be mailed to you. Unless you make these requests within thirty days of the date of this Notice the debt will be deemed valid.

**CAUTION:** Your thirty day rights set forth in this disclaimer do not extend your right to pay or vacate set forth in the Notice, AND, the Notice to pay or vacate does not shorten or otherwise affect your thirty day rights set out in this disclaimer.

Exhibit _B_
page _10_

Case: 10-44301    Doc# 8-3    Filed: 04/20/10    Entered: 04/20/10 14:50:59    Page 6 of 31

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Robert J. Jackson & Associates, Inc.<br>4199 Campus Dr Ste 700 | | (949) 854-2244 | |
| Irvine          CA          92612 | | | |
| ATTORNEY FOR (Name | | | |
| Insert of Court Name of Judicial District and Branch Court if any | | | |
| SHORT TITLE OF CASE | | | |

| | | | | Case Number: |
|---|---|---|---|---|
| 1890844 | (HEARING) Date | Time | Dept | |
| | | | | REFERENCE NO.<br>AHCA7591 |

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

    3/90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:    CHRISTOPHER M RATLIFF

    ON:  2/26/2010    TIME OF DELIVERY: 1:16:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS:  392 Wentworth Ct<br>              Brentwood      CA      94513      ON  2/26/2010

| 7a. Person Serving: | Len | Warren | d. The fee for service was | $107.00 |
|---|---|---|---|---|

e. I am:

  (1)      not a registered California process server:

b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626

  (3) X   registered California process server:

      (i) Independent Contractor

c. (714) 662-5555

      (i) Registration No:                1035

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Len      Warren

      (i) County:  ALAMEDA

3/2/2010

X   _Len J Warren_        SIGNATURE

Form Approved for Optional Use Judicial<br>Council of California<br>POS-010 [REV Jan 1 2007]

## PROOF OF SERVICE

CRC 982(A)(23)

Exhibit  _B_<br>page  _7_

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Robert J. Jackson & Associates, Inc.<br>4199 Campus Dr Ste 700 | | (949) 854-2244 | |
| Irvine CA 92612 | | | |
| ATTORNEY FOR (Name) | | | |
| Insert of Court Name of Judicial District and Branch Court if any | | | |
| SHORT TITLE OF CASE | | | |

| 1893461 | (HEARING) Date | Time | Dept | Case Number |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>AHCA7591 |

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

    3/90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:    ALL OCCUPANTS

       ON:  2/26/2010    TIME OF DELIVERY: 1:16:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS: 392 Wentworth Ct            ON  2/26/2010
         Brentwood    CA    94513

7a. Person Serving:    Len        Warren       d. The fee for service was    $0.00
                                              e. I am:

b. DDS Legal Support                    (1)     not a registered California process server.
2900 Bristol St                        (3) X   registered California process server:
Costa Mesa, Ca 92626                      (i) Independent Contractor

c. (714) 662-5555                         (i) Registration No:       1035

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.    Len        Warren       (i) County:   ALAMEDA

3/2/2010                                    x _____
                                                    SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]         **PROOF OF SERVICE**         CRC 982(A)(23)

Exhibit _B_

page _B_

# SUMMONS
## *(CITACION JUDICIAL)*
### UNLAWFUL DETAINER—EVICTION
*(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* CHRISTOPHER M RATLIFF, and DOES 1 through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp),* your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org),* the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp),* or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| 1. The name and address of the court is: <br> *(El nombre y dirección de la corte es):* <br> Contra Costa County Superior Court-Pittsburg <br> 45 Civic Avenue, Pittsburg, CA 94565 | CASE NUMBER: <br> *(Número del Caso):* **PS 10-0457** |

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
JOHN C. SAGINAW (SBN 67385)  Telephone No. (949) 854-2244
DOUG V. PHAM (Bar No. 216482)
Robert J. Jackson & Associates, Inc., 4199 Campus Drive, Suite 700, Irvine, CA 92612

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

| | | |
|---|---|---|
| Date: *(Fecha)* **MAR 5 2010** | Clerk, by *(Secretario)* J. WORDEN | , Deputy *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

| [SEAL] | 4. NOTICE TO THE PERSON SERVED: You are served |
|---|---|

a. [ ] as an individual defendant.
b. [ ] as the person sued under the fictitious name of *(specify):*
c. [ ] as an occupant
d. [ ] on behalf of *(specify):*

under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
[ ] CCP 415.46 (occupant)    [ ] other *(specify):*

5. [ ] by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

AHCA7593

Code of Civil Procedure §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

**Exhibit C**
**page 9**

Case: 10-44301   Doc# 8-3   Filed: 04/20/10   Entered: 04/20/10 14:50:59   Page 9 of 31

1  JOHN C. SAGINAW
   Attorney Bar No. 67385
2  DOUG V. PHAM
   Attorney Bar No. 216482
3  Robert J. Jackson & Associates, Inc.
4  4199 Campus Drive, Suite 700
   Irvine, California 92612
5  (949) 854-2244
6  Attorney for Plaintiff



7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          CONTRA COSTA COUNTY – PITTSBURG JUDICIAL DISTRICT

10

11  U.S. BANK NATIONAL ASSOCIATION, AS          ) CASE NO.: **PS 10 - 0 4 5 7**
12  TRUSTEE                                      )
                                                 ) **COMPLAINT IN UNLAWFUL DETAINER**
13          Plaintiff,                           ) LIMITED CIVIL JURISDICTION
                                                 )
14                                               ) POST-FORECLOSURE EVICTION
    vs.                                          )
15                                               ) AMOUNT DEMANDED DOES NOT
                                                 ) EXCEED $10,000
16  CHRISTOPHER M RATLIFF;                       )
    and DOES 1 through 100, inclusive            ) Property Address:
17                                               )
            Defendant.                           ) 392 WENTWORTH CT
18                                               ) BRENTWOOD, CA 94513
                                                 )
19  ─────────────────────────────────           )

20  Plaintiff U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ("U.S. Bank") alleges as follows:

21  1.  U.S. Bank is now and at all times relevant was an entity qualified to commence this action.

22  2.  The names and capacities of the Defendants sued herein as DOES 1 through 100, inclusive, are

23      unknown to Plaintiff at this time.  These defendants will be served pursuant to *Code of Civ. Proc.*

24      § 415.46.

25  3.  The property of which Plaintiff seeks possession is located at 392 WENTWORTH CT,

26

27  ┌─────────────────────────────────────────────────────────────────┐
    │  THIS MAY BE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION      │
28  │  OBTAINED MAY BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN     │
    │  BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE, NO ATTEMPT IS BEING │
    │  MADE TO COLLECT A DEBT AND ANY INFORMATION WILL BE OBTAINED FOR    │
    │  INFORMATIONAL PURPOSES ONLY.                                       │
    └─────────────────────────────────────────────────────────────────┘

Complaint in Unlawful Detainer                    -1-
AHCA7591

Exhibit _C_
page _10_

Case: 10-44301    Doc# 8-3    Filed: 04/20/10    Entered: 04/20/10 14:50:59    Page 10 of 31

1    BRENTWOOD, CA 94513 (the "Premises"). Said Premises is located within this Superior Court

2    Judicial District.

3   4.   Possession of the Premises is sought pursuant to *Code of Civ. Proc.* § 1161a. Plaintiff obtained

4    title to the Premises and right to possession thereof by its purchase at a foreclosure sale validly

5    held in compliance with *Civil Code* § 2924, the particulars of which are as follows:

6      A. CHRISTOPHER M RATLIFF executed as Trustor(s) a Deed of Trust, with power of sale,

7        recorded on or about 10/20/2006 in the Official Records of Contra Costa County as

8        Instrument Number 2006-0337128-00, which Deed of Trust encumbered the Premises.

9      B. Pursuant to the foreclosure and sale of the Premises, under the power of sale contained in

10        the Deed of Trust and in compliance with *Civil Code* § 2924, the Trustee of said Deed of

11        Trust sold and conveyed title to the Premises to U.S. Bank, pursuant to a Trustee's Deed

12        Upon Sale recorded on or about 02/16/2010 in the Official Records of Contra Costa County

13        as Instrument Number 2010-29985, a copy of which is attached hereto as Exhibit 'A' and

14        incorporated herein by reference.

15   5.   Title is and has been perfected in U.S. Bank on or around 02/16/2010.

16   6.   Plaintiff is informed, believes, and thereon alleges that Defendants CHRISTOPHER M RATLIFF

17    and DOES 1 through 50 were in possession of the Premises at the time of sale, and that said

18    Defendants and DOES 51 through 100 remained in possession after the sale.

19   7.   Plaintiff is informed, believes, and based upon such information and belief, alleges that none of the

20    Defendants herein is entitled to any protection under the terms of the Protecting Tenants at

21    Foreclosure Act of 2009 ("PTFA"). To the extent such rights may exist, Plaintiff is informed,

22    believes, and based upon such information and belief, alleges that it has complied with the terms of

23    PTFA, and is entitled to possession of the subject Premises. Plaintiff is further informed, believes,

24    and based on such information and belief, alleges that none of the Defendants herein constitutes a

25    legitimate tenant under California law.

26

27     THIS MAY BE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED MAY BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN

28     BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE, NO ATTEMPT IS BEING
MADE TO COLLECT A DEBT AND ANY INFORMATION WILL BE OBTAINED FOR
INFORMATIONAL PURPOSES ONLY.

Exhibit ___C___
page ___11___

8. On or about 02/26/2010, Plaintiff caused to be served on Defendants CHRISTOPHER M RATLIFF and DOES 1 through 100 a written Notice to Vacate Property pursuant to *Code of Civ. Proc.* § 1162, a copy of which Notice is attached hereto as Exhibit 'B' and incorporated herein by reference.

9. The Notice expired at midnight on 03/01/2010, and since 3/02/2010 Plaintiff is and has been entitled to immediate possession of the Premises.

10. Defendants and each of them failed and refused to surrender possession within or since the notice period, and continue in possession of the Premises without Plaintiff's consent. Unnamed Defendants shall be served pursuant to *Code of Civ. Proc.* § 415.46.

WHEREFORE, Plaintiff requests judgment as follows:

1. For possession of the Premises;

2. For costs of suit; and

3. For such other and further relief as the Court deems appropriate.

Date: March 4, 2010

Robert J. Jackson & Associates, Inc.

DOUG V. PHAM
Attorney for Plaintiff

THIS MAY BE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE, NO ATTEMPT IS BEING MADE TO COLLECT A DEBT AND ANY INFORMATION WILL BE OBTAINED FOR INFORMATIONAL PURPOSES ONLY.

Complaint in Unlawful Detainer
AHCA7591

-3-

Exhibit C
page 12

EXHIBIT "A"

Exhibit _C_
page _13_

RECORDING REQUESTED BY

And when recorded mail to
AMERICAN HOME MORTGAGE SERVICE
RE: Loan # 0031436611/RATLIFF
4875 BELFORT ROAD
JACKSONVILLE. FL 32256

THIS IS TO CERTIFY THAT THIS IS A FULL
TRUE AND CORRECT COPY OF THE ORIGINAL
RECORDED IN THE OFFICE OF THE COUNTY
RECORDING FEE: **$23.00**
RECORDED ON: **February 16, 2010**
AS DOCUMENT NO: **10-29985**
BY: **s/ Bouachan Phom**
LSI TITLE COMPANY (CA)

_____ Space above this line for recorder's use _____

## TRUSTEE'S DEED UPON SALE



THE GRANTEE IS THE FORECLOSING BENEFICIARY AND THIS IS A
FIRST DEED OF TRUST.

The undersigned declares under penalty of perjury that the following declaration is true and correct:

1) The Grantee herein was the foreclosing Beneficiary.
2) The amount of the unpaid debt together with costs was - - - - - - - - - - - - - - - - - -   $903,612.23
3) The amount paid by the Grantee at the Trustee's Sale was - - - - - - - - - - - - - - - -   $724,913.56
4) The documentary transfer tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   $.00
5) The city transfer tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   $.00
6) The monument preservation tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   $.00
7) Said property is in Brentwood, County of Contra Costa

T.D. SERVICE COMPANY

Dated: 02/08/10                    By_____
                                        Keith Hernandez, Trustee's Sale Technician

T.S. No: K376593 CA     Unit Code: K     Loan No: 0031436611/RATLIFF     Investor No: 0004570677
Min No: 100024200014852293
AP #1: 019-590-018
Property Address: 392 WENTWORTH COURT, BRENTWOOD, CA 94513

POWER DEFAULT SERVICES, INC., F/K/A AHMSI DEFAULT SERVICES, INC.
(herein called Trustee)

does hereby GRANT AND CONVEY, without any covenant or warranty, express or implied to

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF MASTR ADJUSTABLE
RATE MORTGAGES TRUST 2007-1
(herein called Grantee), such interest as Trustee has in that certain property described as follows:

LOT 18, AS SHOWN ON THE MAP OF SUBDIVISION 8305, FILED SEPTEMBER 13, 2001, MAP BOOK
434, PAGE 50, CONTRA COSTA COUNTY RECORDS.

This conveyance is made pursuant to the authority vested in said Trustee, as Trustee or as duly appointed Trustee
by the Deed of Trust described as follows:

MAIL TAX STATEMENTS TO ADDRESS SHOWN ABOVE

Exhibit _C_
page _14_

Trustor: CHRISTOPHER M. RATLIFF

Recorded October 20, 2006 as Instr. No. 2006-0337128-00 in Book --- Page --- of Official Records in the office of the Recorder of CONTRA COSTA County; CALIFORNIA , Whereas, the holder of the note secured by said Deed of Trust delivered to Trustee a written Declaration of Default and, pursuant thereto, a Notice of Default was recorded December 16, 2008 as Instr. No. 08-269663 in Book --- Page --- of Official Records in the office of the Recorder of CONTRA COSTA County; CALIFORNIA.

Whereas, Trustee complied with all applicable statutory provisions of California Civil Code Sections 2924 et seq. and of the described Deed of Trust including the mailing, publication, personal delivery, and posting of the Notice of Default and Notice of Sale, as respectively appropriate.

Said Notice of Trustee's Sale stated the time and place that Trustee would sell its interest in the described property at public auction. On February 8, 2010, the date set forth in the Notice of Trustee's Sale or the property postponed sale date, Trustee sold the described property to Grantee, the highest qualified bidder present, for the sum of $724,913.56 Pro-tanto.

In Witness Whereof, the undersigned caused its corporate name and seal (if applicable) to be hereunto affixed.

Dated February 8, 2010

POWER DEFAULT SERVICES, INC., F/K/A AHMSI DEFAULT SERVICES,INC.
By: T.D. Service Company, As Agent for the Trustee

BY _____    BY _____
Michelle Pino, Vice President       Cheryl L. Mondragon, Assistant Secretary

STATE OF CALIFORNIA        )
COUNTY OF ORANGE           )SS

On 02/08/10 before me, S. LONG, a Notary Public, personally appeared MICHELLE PINO and CHERYL L. MONDRAGON, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the Laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

S. LONG
COMM # 1785185
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My comm. expires Jan. 6, 2012

"This instrument is being recorded as an ACCOMMODATION ONLY, with no representation as to its effect upon title"

Exhibit C
page 15

EXHIBIT "B"

Exhibit ___C___
page ___16___

# NOTICE TO VACATE PROPERTY

TO:   CHRISTOPHER M RATLIFF &
       All occupants residing at
       392 WENTWORTH CT
       BRENTWOOD, CA 94513

NOTICE IS HEREBY GIVEN THAT U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ("U.S. BANK"), or its predecessor in interest, purchased the property located at 392 WENTWORTH CT, BRENTWOOD, CA 94513 (the "Premises") at a foreclosure sale held in accordance with Civil Code § 2924 and pursuant to the power of sale contained in a Deed of Trust recorded on 10/20/2006 as Instrument Number 2006-0337128-00 in the Official Records of CONTRA COSTA County, and that title to the Premises is duly perfected in U.S. BANK.

NOTICE IS FURTHER GIVEN THAT:

1. Within **three (3) days** after service on you of this Notice, if you are the Trustor(s) of the Deed of Trust described above, or a successor in interest to said Trustor(s), or any person who is not a bona fide tenant or subtenant; **or,**

2. Within **ninety (90) days** after service on you of this Notice, in the event you are a bona fide tenant or a subtenant of the Trustor(s) of the Deed of Trust described above, or a bona fide tenant or a subtenant of a successor in interest to said Trustor(s):

You are required to vacate and surrender possession of the Premises, or the portion in which you reside, to U.S. BANK through KAMRAN CHITGAR, its agent, who can be reached at (408)694-1400 from 9:00 a.m. to 5:00 p.m. on all business days, unless you provide evidence to the undersigned law firm that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the federal "Protecting Tenants at Foreclosure Act of 2009" ("PTFA") or are protected by Section 703 of the PTFA. Please see Page 2 Addendum of this Notice for instructions on how to deliver this evidence.

If within the applicable period as set forth above, EITHER if you fail to surrender possession OR if you fail to provide evidence that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the PTFA or are protected by Section 703 of the PTFA, U.S. BANK will commence eviction proceedings against you to recover possession of the Premises and for damages caused by your unlawful detention of the Premises.

**PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.**

**(NOTICE HAS A SECOND PAGE)**

Exhibit _C_
page _17_

Case: 10-44301    Doc# 8-3    Filed: 04/20/10    Entered: 04/20/10 14:50:59    Page 17 of 31

UNLESS CONTACT IS MADE AND ACCEPTABLE EVIDENCE TO SHOW A LEGITIMATE TENANCY IS PRODUCED WITHIN THREE (3) DAYS OF THE SERVICE OF THIS NOTICE, THE EVICTION ACTION WILL BE COMMENCED AGAINST THE ABOVE NAMED FORMER OWNER(S) BASED ON THE THREE (3) DAY PORTION OF THIS NOTICE.

This Notice is given pursuant to the provisions of the PTFA and Code of Civil Procedure §§ 1161, 1161a and 1161b, and if applicable, includes the 60 day Notice required by CCP 1161b within the above 90 day Notice period.

This notice also constitutes a notice of non-renewal of any lease applicable to the Premises.

Dated: February 25, 2010

Robert J. Jackson & Associates, Inc.

DOUG V. PHAM
Attorney for U.S. BANK
AHCA7591

## TENANT INFORMATION

IF YOU ARE A TENANT of the prior owner, you must provide the following documents:

- A copy of your lease
- A return phone number and hours to reach you
- The receipt for the last six (6) payments made to the landlord for the residence

by mail, fax, or in person to:

Robert J. Jackson & Associates, Inc.
Tenant Occupied Properties Department
4199 Campus Drive, Suite 700
Irvine, CA 92612

Fax: 949.892.1336

For any questions, please call 949.854.2244, Ext. 208

PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.

Exhibit C
page 18

DISCLAIMER:
This Notice is an attempt to collect a debt and any information obtained from you will be used for that purpose.
If you notify Robert J. Jackson and Associates, Inc. ("RJJ") at 4199 Campus Drive, Suite 700, Irvine, CA 92612, in writing, within thirty days, that you wish to be provided the name and address of the original creditor if different from the current creditor or that the debt is disputed, RJJ will obtain the requested information and a copy will be mailed to you. Unless you make these requests within thirty days of the date of this Notice the debt will be deemed valid.

CAUTION: Your thirty day rights set forth in this disclaimer do not extend your right to pay or vacate set forth in the Notice, AND, the Notice to pay or vacate does not shorten or otherwise affect your thirty day rights set out in this disclaimer.

Exhibit C
page 19

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Robert J. Jackson & Associates, Inc.<br>4199 Campus Dr Ste 700 | | (949) 854-2244 | |
| Irvine CA 92612 | | | |
| ATTORNEY FOR (Name) | | | |
| Insert name of Court, Name of Judicial District and Branch Court if any | | | |
| SHORT TITLE OF CASE | | | |

| | | | | Case Number: |
|---|---|---|---|---|
| 1890844 | (HEARING) Date | Time | Dept | |
| | | | | REFERENCE NO.<br>AHCA7591 |

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

3/90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:     CHRISTOPHER M RATLIFF

ON: 2/26/2010     TIME OF DELIVERY: 1:16:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS: 392 Wentworth Ct     ON 2/26/2010
Brentwood     CA     94513

| 7a. Person Serving: | Len | Warren | d. The fee for service was | $107.00 |
|---|---|---|---|---|
| | | | e. I am: | |
| | | | (1)   not a registered California process server. | |
| b. ODS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | | | (3) X   registered California process server:<br>    (i) Independent Contractor | |
| | | | (i) Registration No: | 1035 |
| c. (714) 662-5555 | | | (i) County:   ALAMEDA | |

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.     Len     Warren

3/2/2010

X _Len J Warren_
SIGNATURE

Form Approved for Optional Use Judicial Council of California<br>POS-010 (REV Jan 1 2007)

## PROOF OF SERVICE

CRC 982(A)(23)

Exhibit _C_
page _20_

John C. Saginaw, SBN 67385
4199 Campus Dr Ste 700

Irvine          CA          92612

ATTORNEY FOR (Name     Plaintiff

TELEPHONE NO.
(949) 854-2244

FOR COURT USE ONLY

Insert of Court Name of Judicial District and Branch Court if any
CONTRA COSTA COUNTY SUPERIOR COURT, PITTSBURG

SHORT TITLE OF CASE
U.S. BANK V. RATLIFF

| 1895656 | (HEARING) Date | Time | Dept |
|---|---|---|---|

Case Number:
PS100457

REFERENCE NO.
AHCA7591

## PROOF OF SERVICE

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I, THE UNDERSIGNED, DECLARE THAT I SERVED COPIES OF THE :
   SUMMONS & COMPLAINT - UNLAWFUL DETAINER; PREJUDGMENT CLAIM
   CIVIL CASE COVER SHEET

3 a. PARTY SERVED:     ALL OTHER OCCUPANTS

4.     ADDRESS:     392 Wentworth Ct
                    Brentwood          CA          94513

5 b. I SERVED THE PARTY NAMED IN ITEM 3 BY SUBSTITUTED SERVICE
   BY LEAVING THE COPIES WITH OR IN THE PRESENCE OF:
   CHRISTOPHER M RATLIFF, CO-OCCUPANT
   CAUCASIAN MALE 30YRS 6'1" 170LBS. BALD/SHAVED HAIR BLUE EYES
   ON:     3/9/2010     AT:    8:40:00 PM
   b(4)AN ENVELOPE WITH PRE-PAID FIRST CLASS POSTAGE WAS THEN DROPPED IN
   UNITED STATES POSTAL BOX PER CCP 415.46C (1)(2)(3)
   A DECLARATION OF MAILING IS ATTACHED
ADDRESSED TO THE WITHIN NAMED DEFENDANT AT THE ADDRESS WHERE I POSTED THE SUMMONS
AND COMPLAINT FOR UNLAWFUL DETAINER WITH PREJUDGMENT CLAIM OF RIGHT TO POSSESSION
   ON:     3/9/2010

6. THE "NOTICE TO THE PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   C. ON  BE HALF OF AN OCCUPANT

UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : 415.46 (AN OCCUPANT)

| 7a. Person Serving:     Bryan Steven     Kent | d. The fee for service was          $0.00 |
|---|---|
| | e. I am: |
| b. DDS Legal Support | (1)          not a registered California process server: |
| 2900 Bristol St | (3)  X     registered California process server: |
| Costa Mesa, Ca 92626 | (i) Independent Contractor |
| c. (714) 662-5555 | (i) Registration No:                              775 |
| | (i) County:     CONTRA COSTA |

8. I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct.  Bryan Steven     Kent
3/15/2010

X _____
                    SIGNATURE

## PROOF OF SERVICE

Exhibit ____C____
page ___21___

CRC 982(A)(23)

John C. Saginaw, SBN 67385
4199 Campus Dr Ste 700

Irvine        CA        92612

TELEPHONE NO.
(949) 854-2244

FOR COURT USE ONLY

ATTORNEY FOR (Name        Plaintiff

Insert of Court Name of Judicial District and Branch Court if any

CONTRA COSTA COUNTY SUPERIOR COURT, PITTSBURG

SHORT TITLE OF CASE
U.S. BANK V. RATLIFF

| 1895656 | (HEARING) Date | Time | Dept |
|---|---|---|---|

Case Number
PS100457

REFERENCE NO.
AHCA7591

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON   03/10/10

5. b (4)  AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS & COMPLAINT - UNLAWFUL DETAINER; PREJUDGMENT CLAIM
CIVIL CASE COVER SHEET

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:  COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

ALL OTHER OCCUPANTS

392 Wentworth Ct
Brentwood        CA        94513

DECLARANT: RON ALLEN

d. The fee for service was        $0.00
e. I am:

(1)        not a registered California process server:
(3)  X    registered California process server:
    (i)  Owner

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

(i) Registration No:  434
(i) County:  Orange

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. DECLARANT: RON ALLEN
3/15/2010

X _____
SIGNATURE

## PROOF OF SERVICE

Exhibit _____ C _____
page _____ 22 _____

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>JOHN C. SAGINAW (Bar No. 67385)<br>DOUG V. PHAM (Bar No. 216482)<br>Robert J. Jackson & Associates, Inc., 4199 Campus Drive, Suite 700, Irvine, CA 92612<br>TELEPHONE NO: (949) 854-2244   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | FOR COURT USE ONLY<br><br>FILED<br>PITTSBURG<br><br>2010 MAR 29 P 12: 49<br><br>R. Banks, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa
STREET ADDRESS: 45 Civic Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Pittsburg, CA 94565
BRANCH NAME: Pittsburg

PLAINTIFF: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE

DEFENDANT: CHRISTOPHER M RATLIFF; et al.

| JUDGMENT-UNLAWFUL DETAINER | CASE NUMBER: |
|---|---|
| [X] By Clerk   [X] By Default   [ ] After Court Trial<br>[ ] By Court   [X] Possession Only   [ ] Defendant Did Not<br>                                      Appear at Trial | PS100457 |

## JUDGMENT

1. [X] **BY DEFAULT**

   a. Defendant was properly served with a copy of the summons and complaint.

   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.

   c. Defendant's default was entered by the clerk upon plaintiff's application.

   d. [X] **Clerk's Judgment** (Code Civ. Proc., § 1169). For possession only of the premises described on page 2 (item 4).

   e. [ ] **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) [ ] plaintiff's testimony and other evidence.
      (2) [ ] plaintiff's or others' written declaration and evidence (Code Civ. Proc., § 585(d)).

2. [ ] **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.

   a. The case was tried on *(date and time)*:

      before *(name of judicial officer)*:

   b. Appearances by:
      [ ] Plaintiff *(name each)*:          [ ] Plaintiff's attorney *(name each)*:
                                           (1)
                                           (2)

      [ ] Continued on *Attachment 2b* (form MC-025).

      [ ] Defendant *(name each)*:        [ ] Defendant's attorney *(name each)*:
                                           (1)
                                         (2)

      [ ] Continued on *Attachment 2b* (form MC-025).

   c. [ ] Defendant did not appear at trial. Defendant was properly served with notice of trial.

   d. [ ] A statement of decision (Code Civ. Proc., § 632)  [ ] was not  [ ] was  requested.

Form Approved for Optional Use
Judicial Council of California
UD-110 [New January 1, 2003]   AHCA7591   **JUDGMENT-UNLAWFUL DETAINER**   Code of Civil Procedure, §§ 415.46,
585(d), 664.6, 1169

Exhibit D
page 23

| PLAINTIFF: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | CASE NUMBER: |
|---|---|
| DEFENDANT: CHRISTOPHER M RATLIFF; et al. | PS100457 |

**JUDGMENT IS ENTERED AS FOLLOWS BY:** [ ] **THE COURT** [X] **THE CLERK**

3. **Parties.** Judgment is

    a. [X] for plaintiff *(name each):* U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE

    and against defendant *(name each):* CHRISTOPHER M RATLIFF, and All Occupants pursuant to CCP 415.46

        [ ] Continued on *Attachment 3a* (form MC-025).

    b. [ ] for defendant *(name each):*

4. [X] Plaintiff [ ] Defendant is entitled to possession of the premises located at *(street address, apartment, city, and county):*
392 WENTWORTH CT, BRENTWOOD, CA 94513, located in Contra Costa county

5. [X] Judgment applies to all occupants of the premises including tenants, subtenants if any, and named claimants if any (Code Civ. Proc., §§ 715.010, 1169, and 1174.3).

6. **Amount and terms of judgment**

    a. [ ] Defendant named in item 3a above must pay plaintiff on the complaint:

    b. [ ] Plaintiff is to receive nothing from defendant named in item 3b.

    [ ] Defendant named in item 3b is to recover costs: $

    [ ] and attorney fees: $

| | | | |
|---|---|---|---|
| (1) [ ] | Past-due rent | $ | |
| (2) [ ] | Holdover damages | $ | |
| (3) [ ] | Attorney fees | $ | |
| (4) [ ] | Costs | $ | |
| (5) [ ] | Other *(specify):* | $ | |
| (6) | **TOTAL JUDGMENT** | $ | |

    c. [ ] The rental agreement is canceled. [ ] The lease is forfeited.

7. [ ] **Conditional judgment.** Plaintiff has breached the agreement to provide habitable premises to defendant as stated in *Judgment-Unlawful Detainer Attachment* (form UD-110S), which is attached.

8. [ ] **Other** *(specify):*

    [ ] Continued on *Attachment 8* (form MC-025).

Date: [ ] _____
                                 JUDICIAL OFFICER

Date: MAR 2 9 2010   [ ] Clerk, by **R. Baines** _____, Deputy

| (SEAL) | **CLERK'S CERTIFICATE** *(Optional)* |
|---|---|
| | I certify that this is a true copy of the original judgment on file in the court. |
| | Date: |
| | Clerk, by _____, Deputy |

UD-110 [New January 1, 2003]

**JUDGMENT-UNLAWFUL DETAINER**

Page 2 of 2

Exhibit D
page 24

Case: 10-44301   Doc# 8-3   Filed: 04/20/10   Entered: 04/20/10 14:50:59   Page 24 of 31

CIV-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| JOHN C. SAGINAW (Bar No. 67385)<br>DOUG V. PHAM (Bar No. 216482)<br>Robert J. Jackson and Associates, Inc.<br>4199 Campus Drive, Suite 700, Irvine, CA 92612<br>TELEPHONE NO.: (949) 854-2244　　FAX NO. *(Optional):* (949) 854-4752<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* U.S. Bank | FILED<br>PITTSBURG<br><br>2010 MAR 29 P 12: 47<br><br>CLERK OF THE COURT<br>OF CONTRA COSTA CO. F.<br><br>R. Baines, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa

STREET ADDRESS: 45 Civic Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Pittsburg, CA 94565
BRANCH NAME: Pittsburg Judicial District

PLAINTIFF/PETITIONER: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
DEFENDANT/RESPONDENT: CHRISTOPHER M RATLIFF, et al.

| REQUEST FOR<br>(Application) | [X] Entry of Default　　[X] Clerk's Judgment<br>[ ] Court Judgment | CASE NUMBER:<br>PS100457 |
|---|---|---|

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on *(date):* 03/05/2010
   b. by *(name):* U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
   c. [X] Enter default of defendant *(names):* CHRISTOPHER M RATLIFF, and All Occupants pursuant to CCP 415.46

   d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant *(names):*


   *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. [X] Enter clerk's judgment
       (1) [X] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
           [X] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
       (2) [ ] under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
       (3) [ ] for default previously entered on *(date):*

2. **Judgment to be entered.**　　　　　　Amount　　　　Credits acknowledged　　　　Balance
   a. Demand of complaint . . . . . . . . . . . . $　　　　　　$　　　　　　$
   b. Statement of damages *
      (1) Special . . . . . . . . . . . . . . . . . . $　　　　　　$　　　　　　$
      (2) General . . . . . . . . . . . . . . . . . . $　　　　　　$　　　　　　$
   c. Interest . . . . . . . . . . . . . . . . . . . . . $　　　　　　$　　　　　　$
   d. Costs *(see reverse)* . . . . . . . . . . . . $　　　　　　$　　　　　　$
   e. Attorney fees . . . . . . . . . . . . . . . . . . $　　　　　　$　　　　　　$
   f. **TOTALS** . . . . . . . . . . . . . . . . . . . . . $　　　　　　$　　　　　　$
   g. **Daily damages** were demanded in complaint at the rate of: $　　　　per day beginning *(date):*
   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. [X] *(Check if filed in an unlawful detainer case)* Legal document assistant or unlawful detainer assistant information is on the reverse *(complete item 4).*

Date: March 25, 2010

DOUG V. PHAM
(TYPE OR PRINT NAME)　　　　　▶　　　*(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)*

| FOR COURT<br>USE ONLY | (1) [✓] Default entered as requested on *(date):* MAR 2 9 2010<br>(2) [ ] Default NOT entered as requested *(state reason):*<br><br>Clerk, by _____ **R. Baines** _____ , Deputy |
|---|---|

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2007]

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**

Code of Civil Procedure,
§§ 585-587, 1169
www.courtinfo.ca.gov

Exhibit *D*
page *25*

Case: 10-44301　Doc# 8-3　Filed: 04/20/10　Entered: 04/20/10 14:50:59　Page 25 of 31

| PLAINTIFF/PETITIONER: U.S. Bank | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: CHRISTOPHER M RATLIFF | PS100457 |

4. **Legal document assistant or unlawful detainer assistant** (Bus. & Prof. Code, § 6400 et seq.). A legal document assistant or unlawful detainer assistant ☐ did ☒ did **not** for compensation give advice or assistance with this form. *(If declarant has received any help or advice for pay from a legal document assistant or unlawful detainer assistant, state):*

   a. Assistant's name:
   b. Street address, city, and zip code:

   c. Telephone no.:
   d. County of registration:
   e. Registration no.:
   f. Expires on *(date)*:

5. ☒ **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., § 585(a))*. This action

   a. ☐ is ☒ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
   b. ☐ is ☒ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
   c. ☐ is ☒ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing** (Code Civ. Proc., § 587). A copy of this *Request for Entry of Default* was

   a. ☐ not mailed to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names)*:

   b. ☒ mailed first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:
      (1) Mailed on *(date)*:
      (2) To *(specify names and addresses shown on the envelopes)*:

| 03/25/2010 | CHRISTOPHER M RATLIFF | 392 WENTWORTH CT, BRENTWOOD, CA 94513 |

| 03/25/2010 | All Occupants pursuant to CCP 415.46 | 392 WENTWORTH CT, BRENTWOOD, CA 94513 |

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.
Date: March 25, 2010

DOUG V. PHAM
   (TYPE OR PRINT NAME)

▶    (SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested)*. Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

   a. Clerk's filing fees . . . . . . . . . . . . . . . . . . . $
   b. Process server's fees . . . . . . . . . . . . . . . . $
   c. Other *(specify)*: . . . . . . . . . . . . . . . . . . . . $
   d. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
   e. **TOTAL** . . . . . . . . . . . . . . . . . . . . . . . . . . $

   f. ☒ Costs and disbursements are waived.

   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: March 25, 2010

DOUG V. PHAM
   (TYPE OR PRINT NAME)

▶    (SIGNATURE OF DECLARANT)

8. ☒ **Declaration of nonmilitary status** *(required for a judgment)*. No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: March 25, 2010

DOUG V. PHAM
   (TYPE OR PRINT NAME)

▶    (SIGNATURE OF DECLARANT)

    **REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)    

Exhibit D
page 26

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number and address) | FOR COURT USE ONLY |
|---|---|
| JOHN C. SAGINAW (Bar No. 67385) · <br> DOUG V. PHAM (Bar No. 216482) <br> Robert J. Jackson & Associates, Inc. <br> 4199 Campus Drive, Suite 700, Irvine, CA 92612 | CCCSO <br> CIVIL UNIT <br> 2010 APR -8 P 1: 52 |

TELEPHONE NO. (949) 854-2244    FAX NO. (Optional) (949) 854-4752

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name): U.S. Bank

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa

STREET ADDRESS: 45 Civic Avenue

MAILING ADDRESS:

CITY AND ZIP CODE: Pittsburg, CA 94565

BRANCH NAME: Pittsburg Judicial District

PLAINTIFF: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE

DEFENDANT: CHRISTOPHER M RATLIFF; et al.

| WRIT OF | [ ] EXECUTION (Money Judgment) <br> [X] POSSESSION OF [ ] Personal Property <br> [X] Real Property <br> [ ] SALE | CASE NUMBER: <br> PS100457 |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** Contra Costa

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE

   is the [X] judgment creditor [ ] assignee of record    whose address is shown on this form above the court's name.

4. Judgment debtor *(name and last known address):*

   ┌ CHRISTOPHER M RATLIFF
   392 WENTWORTH CT
   BRENTWOOD, CA 94513 ┐

   [ ] Additional judgment debtors on next page

5. **Judgment entered on** *(date):* 03/29/2010

6. [ ] **Judgment renewed on** *(dates):*

7. **Notice of sale under this writ**
   a. [X] has not been requested.
   b. [ ] has been requested *(see next page).*

8. [ ] Joint debtor information on next page.

   [SEAL]

9. [X] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment . . . . . . . . . . . . . . . . . . $
12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . . . . . $
13. Subtotal *(add 11 and 12)* . . . . . . . . $
14. Credits . . . . . . . . . . . . . . . . . . . $
15. Subtotal *(subtract 14 from 13)* . . . . . . $
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees). . . $
17. Fee for issuance of writ . . . . . . . . . . . $ 25.00
18. Total *(add 15, 16, and 17)* . . . . . . . . . $ 25.00
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of . . . . . . $
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) . . . . . . . . . . . . . . $
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on (date) APR 7 2010    Clerk, by     C. PADILLA     , Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Exhibit E

page 27

Case: 10-44301    Doc# 8-3    Filed: 04/20/10    Entered: 04/20/10 14:50:59    Page 27 of 31

| PLAINTIFF: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | CASE NUMBER: |
|---|---|
| DEFENDANT: CHRISTOPHER M RATLIFF; et al. | PS100457 |

**- Items continued from page 1-**

21. ☐ **Additional judgment debtor** (name and last known address):

22. ☐ **Notice of sale has been requested by** (name and address):

23. ☐ **Joint debtor was declared bound by the judgment (CCP 989-994)**
   a. on (date):                                              a. on (date):
   b. name and address of joint debtor:          b. name and address of joint debtor:

   c. ☐ additional costs against certain joint debtors (itemize):

24. ☒ (Writ of Possession or Writ of Sale) **Judgment was entered for the following:**
   a. ☒ Possession of real property: The complaint was filed on (date):  03/05/2010
      **(Check (1) or (2)):**
      (1) ☒ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
           The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
           (a) $ 0.00          was the daily rental value on the date the complaint was filed.
           (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following
               dates (specify):          ANY BUSINESS DAY AT 1:30 PM
   b. ☐ Possession of personal property.
      ☐ If delivery cannot be had, then for the value (itemize in 9e) specified in the judgment or supplemental order.
   c. ☐ Sale of personal property.
   d. ☐ Sale of real property.
   e. Description of property:  Real Property known as:
                              392 WENTWORTH CT
                              BRENTWOOD, CA 94513

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).

Exhibit  E
page  28

## U.S. Bankruptcy Court
## Northern District of California (Oakland)
## Bankruptcy Petition #: 10-42585

|  |  |
|---|---|
| *Assigned to:* Judge Edward D. Jellen | *Date filed:* 03/10/2010 |
| Chapter 13 | *Date terminated:* 04/15/2010 |
| Voluntary | *Debtor dismissed:* 04/05/2010 |
| Asset |  |

*Debtor disposition:* Dismissed for Failure to File
Information

| **Debtor** | represented by **George Holland, Jr.** |
|---|---|
| **Christopher Ratliff** | Law Office of George Holland |
| 392 Wentworth Court | Jr. |
| Brentwood, CA 94513 | 1970 Broadway St. #1030 |
| SSN / ITIN: xxx-xx-9815 | Oakland, CA 94612 |
|  | (510)465-4100 |
|  | Email: hlfirm@gmail.com |

**Trustee**
**Martha G. Bronitsky**
P.O. Box 5004
Hayward, CA 94540-5004
510-266-5580

**U.S. Trustee**
**Office of the U.S. Trustee/Oak**
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612
(510) 637-3200

| Filing Date | # | Docket Text |
|---|---|---|
| 03/10/2010 | 1 | Chapter 13 Voluntary Petition, Fee Amount $274. Filed by Christopher Ratliff. Incomplete Filings due by 03/24/2010. Section 521 Filings due by 04/26/2010. Order Meeting of Creditors due by 04/9/2010. Chapter 13 Plan due by 03/24/2010. (Holland, George) Modified on 3/11/2010 NO CERTIFICATE OF CREDIT COUNSELING.(tl). (Entered: 03/10/2010) |
|  |  | Creditor Matrix *with Cover Sheet* Filed by Debtor Christopher |

Exhibit _F_
page _29_

| 03/10/2010 | 2 | Ratliff (Holland, George) (Entered: 03/10/2010) |
|---|---|---|
| 03/10/2010 | 3 | Statement of Social Security Number. Filed by Debtor Christopher Ratliff (Holland, George) (Entered: 03/10/2010) |
| 03/11/2010 | | Receipt of filing fee for Voluntary Petition (Chapter 13)(10-42585) [misc,volp13] ( 274.00). Receipt number 10345681, amount $ 274.00 (U.S. Treasury) (Entered: 03/11/2010) |
| 03/11/2010 | 4 | Order To File Required Documents and Notice Regarding Dismissal . Non-Compliance (Documents) due by 3/25/2010 Chapter 13 Plan due by 3/25/2010 (tl) (Entered: 03/11/2010) |
| 03/13/2010 | 5 | BNC Certificate of Mailing (RE: related document(s) 4 Order to File Missing Documents). Service Date 03/13/2010. (Admin.) (Entered: 03/13/2010) |
| 03/16/2010 | 6 | Meeting of Creditors with Certificate of Service. 341(a) meeting to be held on 5/13/2010 at 09:00 AM Oakland U.S. Trustee Office Objection to Dischargeability due by 7/12/2010 Proofs of Claims due by 8/11/2010 (Bronitsky, Martha (dk)) (Entered: 03/16/2010) |
| 03/18/2010 | 7 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 6 Meeting of Creditors Chapter 13). Service Date 03/18/2010. (Admin.) (Entered: 03/18/2010) |
| 03/22/2010 | 8 | Notice of Appearance and Request for Notice by Melodie A. Whitson. Filed by Creditor GMAC Mortgage, LLC (Whitson, Melodie) (Entered: 03/22/2010) |
| 03/26/2010 | 10 | Motion to Extend Time Filed by Debtor Christopher Ratliff (Attachments: # 1 Proposed Order-FRBP 4001 Motion to Extend TIme# 2 Proposed Order-FRBP 4001 Proposed Order Granting Motion to Extend TIme) (Holland, George) (Entered: 03/26/2010) |
| 04/05/2010 | 11 | Order Dismissing Case . (tl) (Entered: 04/06/2010) |
| 04/06/2010 | 12 | Motion to Dismiss Case *Trustees Motion and Declaration to Dismiss Proceedings and Certificate of Service* Filed by Trustee Martha G. Bronitsky (Bronitsky, Martha (harbor)) (Entered: 04/06/2010) |
| 04/08/2010 | 13 | BNC Certificate of Mailing - Notice of Dismissal. (RE: related document(s) 11 Order to Dismiss Case). Service Date 04/08/2010. (Admin.) (Entered: 04/08/2010) |
| | | |



Exhibit _F_
page _30_

Case: 10-44301    Doc# 8-3    Filed: 04/20/10    Entered: 04/20/10 14:50:59    Page 30 of 31

| 04/08/2010 | 14 | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 11 Order to Dismiss Case). Service Date 04/08/2010. (Admin.) (Entered: 04/08/2010) |
| 04/15/2010 | | Bankruptcy Case Closed. (tl) (Entered: 04/15/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/16/2010 16:37:23 | | | |
| **PACER Login:** | rj0023 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 10-42585 Fil or Ent: filed To: 4/16/2010 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |



Exhibit ___F___
page ___31___