| | |
|---|---|
| 1 | Joey (Joan) DeLeon, Esq. (SBN 150974) |
| 2 | Robert J. Jackson & Associates, Inc. |
|   | 4199 Campus Drive, Suite 700 |
| 3 | Irvine, California 92612-2698 |
|   | (949) 854-2244 |
| 4 | Attorney for Movant |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER RATLIFF | Chapter: 13 |
| Debtor(s) | Case No: OAK-10-44301-LT |
| | RS No. JDL-202 |
| U.S. BANK NATIONAL ASSOCIATION | |
| Movant, | NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY (UNLAWFUL DETAINER) |
| vs. | |
| CHRISTOPHER RATLIFF, Debtor, and MARTHA G. BRONITSKY, Trustee, | DATE: MAY 14, 2010<br>TIME: 11:00 AM<br>CTRM: 201<br>ADDR: 1300 Clay Street, Oakland, CA 94612<br>JUDGE: LESLIE J. TCHAIKOVSKY |
| Respondents. | |

YOU ARE HEREBY NOTIFIED that on the date, at the time, and in the Department of the United States Bankruptcy Court above-referenced a hearing will be held on the motion of U.S. BANK NATIONAL ASSOCIATION ("Movant") for relief from the stay under 11 U.S.C. §362(a) with respect to real property at 392 WENTWORTH CT, BRENTWOOD, CA 94513 (the "Property"). The motion is brought on the basis of cause under §362(d)(1).

If you oppose the granting of the relief requested in the motion, you must appear personally or through counsel at the time and place of the hearing. Written opposition to the Motion may be filed and served in accordance with Local Rules. Unless otherwise ordered, no oral testimony will be heard

- 1 -

AHRFS744 NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

by the Court at the hearing. If you fail to timely file a written opposition or to appear, the court may grant the relief requested without oral argument.

DATED: April 20, 2010              ROBERT J. JACKSON & ASSOCIATES, INC.

                                      By: */s/ Joey DeLeon* .
                                           Joey DeLeon, Esq.
                                           Attorney for Movant