**Entered on Docket**
**May 28, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: May 27, 2010**



_____
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**
_____

Joey (Joan) DeLeon, Esq. (SBN 150974)
Robert J. Jackson & Associates, Inc.
4199 Campus Drive, Suite 700
Irvine, CA 92612
Telephone: (949) 854-2244, Ext. 352
Facsimile: (949) 340-2024
Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER RATLIFF<br>　　　　　　　　　　Debtor(s)<br><br>U.S. BANK NATIONAL ASSOCIATION<br>　　　　　　　　　　Movant<br>v.<br>CHRISTOPHER RATLIFF, Debtor(s), and MARTHA G. BRONITSKY, Trustee<br>　　　　　　　　　　Respondents | CHAPTER: 13<br>CASE NO.: 10-44301-LT<br>RS No. JDL-202<br><br>**ORDER GRANTING<br>RELIEF FROM STAY<br>(392 WENTWORTH CT, BRENTWOOD, CA 94513 )**<br><br>Hearing Date/Time: 5/14/2010 @ 11:00 a.m.<br>Judge: LESLIE J. TCHAIKOVSKY<br>Dept: 201 |

The hearing in the above-entitled case was held on the date, at the time, and in the department above-referenced, with U.S. BANK NATIONAL ASSOCIATION ("Movant") being represented by and through counsel, and other appearances being made as set forth on the record in open court, and an Affidavit of Service of all Respondents and of the U.S. Trustee having been filed with the Court, and the Court having considered the matter, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. Movant is released from the Stay provided under 11 U.S.C. §362(a) with respect to the real property located at **392 WENTWORTH CT, BRENTWOOD, CA 94513** (the "Property"), which is legally described as:

**LOT 18, AS SHOWN ON THE MAP OF SUBDIVISION 8305, FILED SEPTEMBER 13, 2001, MAP BOOK 434, PAGE 50, CONTRA COSTA COUNTY RECORDS.**

2. The fourteen (14) day waiting period under Bankruptcy Rule 4001(a)(3) is waived.

3. This order is binding in any pending and subsequent bankruptcy cases filed by anyone claiming an interest in the Property for two years after the entry of this order, no matter who the Debtor(s) may be, without further notice on the grounds that the petition was filed as part of a scheme to delay, hinder, and defraud creditors involving multiple bankruptcy filings affecting the Property. (§362(d)(4).

**\*\* END OF ORDER \*\***

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **COURT SERVICE LIST** |
| 4 | |
| 5 | <u>DEBTOR</u><br>CHRISTOPHER RATLIFF |
| 6 | 392 WENTWORTH COURT |
| 7 | BRENTWOOD, CA 94513 |
| 8 | <u>TRUSTEE</u><br>MARTHA G. BRONITSKY |
| 9 | P.O. Box 5004 |
| 10 | Hayward, CA 94540-5004 |
| 11 | <u>UNITED STATES TRUSTEE</u><br>OFFICE OF THE U.S. TRUSTEE/OAK |
| 12 | 1301 Clay St. #690N |
| 13 | Oakland, CA 94612 |
| 14 | <u>DEBTOR(S) Attorney (if any)</u> |
| 15 | GEORGE HOLLAND, JR., ESQ.<br>1970 Broadway St. #1030 |
| 16 | Oakland, CA 94612 |
| 17 | <u>Attorney for Movant</u> |
| 18 | Joey DeLeon, Esq.<br>Robert J. Jackson & Associates, Inc. |
| 19 | 4199 Campus Drive, Suite 700<br>Irvine, CA 92612 |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |