Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| In re | |
|---|---|
| Christopher Ratliff | Chapter 13 Case No. 10-44301-LT 13 |
| debtor(s) | |

## Declaration and Request for Order of Dismissal

Trustee's Motion to Dismiss Proceedings having been filed with the Court on May 13, 2010 and the notice of said motion was duly served upon the debtor and the attorney of record.

No response has been received from the debtor and more than twenty-one (21) days have elapsed since the Trustee's Motion to Dismiss Proceedings was served.

I Declare under penalty of perjury that the foregoing is true and correct.

Executed this date at Hayward, California.

Date: June 04, 2010

/s/ Martha G. Bronitsky

Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | |
|---|---|
| In re | Chapter 13 Case No. 10-44301-LT 13 |
| Christopher Ratliff | |
| debtor(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Christopher Ratliff

392 Wentworth Court
Brentwood,CA 94513

(Debtor(s))
Date: June 04, 2010

Holland Law Firm
1970 Broadway St #1030
Oakland,CA 94612

(Counsel for Debtor)

/s/ Gina A. Weaver

Gina A. Weaver