Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266-5580
13trustee@oak13.com

Trustee for Debtor(s)

Signed: June 16, 2010

_____
LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re
Christopher Ratliff

Debtors(s)

Chapter 13 Case Number:
10-44301-LT 13

In Proceedings Under
Chapter 13 of the
Bankruptcy Code

**ORDER OF DISMISSAL**

Upon Consideration of the declaration dated June 04, 2010 of Martha G. Bronitsky, Chapter 13 Standing Trustee, filed with this court attesting that no response has been received from the debtor(s) and more than twenty-one (21) days have elapsed since the Trustee's Motion to Dismiss Proceedings was served.

IT IS THEREFORE ORDERED that the above-referenced case be dismissed, and that any restraining orders heretofore entered in this case are hereby vacated. The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

END OF ORDER

| | | |
|---|---|---|
| 1 | | COURT SERVICE LIST |
| 2 | | |
| 3 | Christopher Ratliff<br>392 Wentworth Court<br>Brentwood, CA 94513 | Holland Law Firm<br>1970 Broadway St #1030<br>Oakland, CA 94612 |
| 4 | (Debtor(s)) | (Counsel for Debtor) |
| 5 | | |
| 6 | American Home Mortgage<br>520 Broadhollow Rd.<br>Melville, NY 11747<br>(Creditor) | Gmac Mortgage, Llc<br>Pite Duncan, Llp<br>4375 Jutland Drive<br>Suite 200<br>San Diego, CA 921770933<br>(Creditor) |
| | American Home Mortgage<br>520 Broadhollow Rd.<br>Melville, NY 11747<br>(Creditor) | Homecomings Financial<br>Po Box 79135<br>Phoenix, AZ 850629135<br>(Creditor) |
| | Apex Financial Management<br>Po Box 2219<br>Northbrook, IL 600652219<br>(Creditor) | John Muir Medical<br>Po Box<br>Department<br>San Francisco, CA 94101<br>(Creditor) |
| | Bay Childs Physicians<br>Po Box 48305<br>Jacksonville, FL 322478305<br>(Creditor) | Jpmorgan Chase<br>Tate & Kirlin<br>2810 South Hampton<br>Philadelphia, PA 19019<br>(Creditor) |
| | Ca Emergency Physicians<br>Po Box 582663<br>Modesto, CA 953580046<br>(Creditor) | Macys<br>Po Box<br>The Lakes, NV 89148<br>(Creditor) |
| | Children'S Orthopaed Ic Med Gp<br>4996 Milden Rd<br>Martinez, CA 945534539<br>(Creditor) | Nor Cal Collectors<br>1564 A. Fitzgerald Dr. #133<br>Pinole, CA 94564<br>(Creditor) |
| | Citicorp Credit Services<br>Po Box 1503<br>St Peters, MO 63376<br>(Creditor) | Norwest Credit Card Services<br>Po Box 9210<br>Des Moines, IA 50306<br>(Creditor) |
| | Diablo Valley Pediatric Med Gp<br>2700 Grant St #110<br>Concord, CA 94520<br>(Creditor) | |

| | |
|---|---|
| 1 | Pediatric Imaging Med Assoc |
| | Po Box 6102 |
| 2 | Novato, CA  949486102 |
| | (Creditor) |
| 3 | |
| | Pra Receivables Management, Llc |
| 4 | As Agent Of Portfolio Recovery Assocs. |
| | Pob 41067 |
| 5 | Norfolk, VA  23541 |
| | (Creditor) |
| 6 | |
| | |
| 7 | Pro Solutions |
| | Po Box |
| 8 | Pittsburg, CA  94565 |
| | (Creditor) |
| 9 | |
| | Pro Transport |
| 10 | Po Box 7260 |
| | Cotati, CA  94931 |
| 11 | (Creditor) |
| 12 | |
| | Tate & Kirlin Associates |
| 13 | 2819 South Hampton Rd |
| | Philadelphia, PA  19154 |
| 14 | (Creditor) |
| 15 | |
| | U.S. Bank National Association |
| 16 | C/O Robert J. Jackson & Associates, Inc. |
| | 4199 Campus Drive |
| 17 | Suite 700 |
| | Irvine, CA  92612 |
| 18 | (Creditor) |
| 19 | |
| | Wells Fargo Card Services |
| | Po Box 30086 |
| 20 | Los Angeles, CA  90030 |
| | (Creditor) |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |